|   |   |
|---|---|
| 1 | Rosemary Dady SBN# 190174 |
|   | The Hawkins Center of Rubicon Programs |
| 2 | 101 Broadway Ave. |
|   | Richmond, California 94804 |
| 3 | (510) 232-6611 (phone) |
|   | (510) 232-2271 (fax) |
| 4 | rdady@rubiconprograms.org |
| 5 | Attorney for Plaintiff |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MARILYN MOORE, | ) |   |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | NO. C 11-01926 JSW |
| vs. | ) |   |
|   | ) |   |
| MICHAEL J. ASTRUE, | ) | STIPULATION AND ORDER TO |
| Commissioner of Social Security | ) | EXTEND TIME FOR PLAINTIFF |
|   | ) | TO FILE MOTION FOR SUMMARY |
| Defendant. | ) | JUDGMENT |
|   | ) |   |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R. 6-2 and 7-12, and subject to the approval of the Court, that plaintiff may have an extension of 60 days in which to file her Motion for Summary Judgment.[1]  Plaintiff's motion was due on September 2, 2011, pursuant to Civil L.R. 16-5.  Plaintiff's Motion for Summary Judgment is now due on November 1, 2011.

//
//
//
//
//
//
//
//

---

1. See attached Declaration of Rosemary Dady on behalf of Marilyn Moore.

//

This is Plaintiff's first request for an extension.

Dated: September 2, 2011        /S/_____
                                ROSEMARY DADY
                                Attorney for Plaintiff

Dated: September 2, 2011        /S/_____
                                DANIEL TALBERT
                                Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:   September 6, 2011      _____/s/ Jeffrey S. White_____
                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE