1  Rosemary Dady SBN# 190174
   The Hawkins Center of Rubicon Programs
2  101 Broadway Ave.
   Richmond, California 94804
3  (510) 232-6611 (phone)
   (510) 232-2271 (fax)
4  rdady@rubiconprograms.org

5  Attorney for Plaintiff

6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8

9

10 | MARILYN MOORE,                  )
   |                                 )
11 |           Plaintiff,            )      NO. C 11-01926 JSW
   |     vs.                         )
12 |                                 )
   | MICHAEL J. ASTRUE,              )      STIPULATION AND ORDER TO
13 | Commissioner of Social Security )      EXTEND TIME FOR PLAINTIFF
   |                                 )      TO FILE MOTION FOR SUMMARY
14 |           Defendant.            )      JUDGMENT
   |                                 )
15 | _____

16       IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to

17 Civil L.R. 6-2 and 7-12, and subject to the approval of the Court, that plaintiff may have an

18 extension of 60 days in which to file her Motion for Summary Judgment.[1]  Plaintiff's motion was

19 due on September 2, 2011, pursuant to Civil L.R. 16-5.  Plaintiff's Motion for Summary

20 Judgment is now due on November 1, 2011.

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

---

1. See attached Declaration of Rosemary Dady on behalf of Marilyn Moore.

//

This is Plaintiff's first request for an extension.

Dated: September 2, 2011 _____/S/_____
ROSEMARY DADY
Attorney for Plaintiff

Dated: September 2, 2011 _____/S/_____
DANIEL TALBERT
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: September 6, 2011 _____/s/ Jeffrey S. White_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE